IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REVEREND WESLEY CARROLL III; The MINOR CHILDREN OF REVEREND Wesley Carroll; LAURA CARROLL and LISA CARROLL; <br><br> Plaintiffs <br><br> vs. <br><br> JEFFREY A. MANNING, Corrupt County Judge, Court of Common Pleas of Allegheny County; Corrupt City of Pittsburgh Magistrate, MOIRA HARRINGTON; and Corrupt City of Pittsburgh Cop, RONALD NAGY, <br><br> Defendants | Civil Action No. 08-1417 <br> Judge Arthur J. Schwab/ <br> Magistrate Judge Amy Reynolds Hay <br><br><br><br><br><br><br><br><br> Re: Dkt. [1] |

## ORDER

AND NOW, this 18th day of November, 2008, after the plaintiff, Reverend Wesley Carroll III, filed an action in the above-captioned case, and after, and after a Report and Recommendation was filed by the United States Magistrate Judge, and upon consideration of the objections filed by plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that pursuant either to the Prison Litigation Reform Act, or pursuant to Rule 4 of the Rules Governing Section 2254 petitions, and/or pursuant to the Court's inherent power, the instant case is dismissed pre-service.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the plaintiff desires to appeal from this Order they/he/she must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

ARTHUR J. SCHWAB
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Wesley Carroll -GE-8666
SCI Waymart
P.O. Box 256
Waymart, PA 18472